**NOT YET SCHEDULED FOR ORAL ARGUMENT**

No. 25-7174

# In the United States Court of Appeals for the District of Columbia Circuit

INFRASTRUCTURE SERVICES LUXEMBOURG S.A.R.L., ET AL.,
*Petitioners-Appellees*,

*v.*

KINGDOM OF SPAIN,
*Respondent-Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA (NO. 1:18-CV-01753-LLA)

**STATEMENT OF ISSUES TO BE RAISED**

JONATHAN M. LANDY
  *Counsel of Record*
BENJAMIN W. GRAHAM
AYOUB OUEDERNI
WILLIAMS & CONNOLLY LLP
  *680 Maine Avenue SW*
  *Washington, DC 20024*
  *(202) 434-5000*
  *jlandy@wc.com*

## STATEMENT OF ISSUES TO BE RAISED

Respondent-Appellant the Kingdom of Spain submits the following nonbinding list of issues intended to be raised in this appeal:

1. Whether the District Court erred in denying Respondent's motion to dismiss and granting Petitioners' petition to enforce their arbitral award.

    a. Whether an arbitral award issued by the International Centre for Settlement of Investment Disputes (ICSID) is entitled to full faith and credit when the ICSID tribunal lacked jurisdiction to issue the award because (i) there was no agreement to arbitrate between the parties and (ii) the ICSID tribunal exceeded its authority to issue an award.

    b. Whether enforcement of the arbitral award at issue violates the foreign sovereign compulsion doctrine.

    c. Whether the District Court had jurisdiction under the Foreign Sovereign Immunities Act.

    d. Whether the District Court should have dismissed the case under the doctrine of *forum non conveniens*.

/s/ *Jonathan M. Landy*
Jonathan M. Landy
Benjamin W. Graham
Ayoub Ouederni
Williams & Connolly LLP
  *680 Maine Avenue SW*
  *Washington, DC 20024*
  *(202) 434-5000*
  *jlandy@wc.com*

December 1, 2025

2

## CERTIFICATE OF SERVICE

I, Jonathan M. Landy, counsel for Respondent-Appellant and a member of the Bar of this Court, certify that, on December 1, 2025, a copy of the attached Statement of Issues to Be Raised was filed with the Clerk and served on all parties through the Court's electronic filing system.

/s/ *Jonathan M. Landy*
JONATHAN M. LANDY